Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-464-361**

**Effective Date of Registration:**
August 05, 2025
**Registration Decision Date:**
September 23, 2025

---

## Title

    **Title of Work:** Hidey Cat!

## Completion/Publication

    **Year of Completion:** 2016
    **Date of 1st Publication:** March 10, 2016
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Leeza Hernandez dba Leezaworks LLC
    **Author Created:** 2D artwork
    **Work made for hire:** Yes

## Copyright Claimant

    **Copyright Claimant:** Leeza Hernandez dba Leezaworks LLC
    PO Box 561514, Rockledge, FL, 32956, United States

## Rights and Permissions

    **Organization Name:** Leezaworks LLC
    **Email:** leeza@leezaworks.com
    **Address:** PO Box 561514
    Rockledge, FL 32956 United States

## Certification

    **Name:** David Denholm
    **Date:** August 05, 2025
    **Applicant's Tracking Number:** LZ2025080501

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-464-365**

**Effective Date of Registration:**
August 05, 2025
**Registration Decision Date:**
September 23, 2025



## Title

    **Title of Work:** Wild Cat!

## Completion/Publication

    **Year of Completion:** 2016
    **Date of 1st Publication:** March 10, 2016
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Leeza Hernandez dba Leezaworks LLC
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United Kingdom

## Copyright Claimant

    **Copyright Claimant:** Leeza Hernandez dba Leezaworks LLC
    PO Box 561514, Rockledge, FL, 32956, United States

## Rights and Permissions

    **Organization Name:** Leezaworks LLC
    **Email:** leeza@leezaworks.com
    **Address:** PO Box 561514
    Rockledge, FL 32956 United States

## Certification

    **Name:** David Denholm
    **Date:** August 05, 2025

Page 1 of 2

**Applicant's Tracking Number:** LZ2025080502

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-464-363

**Effective Date of Registration:**
August 05, 2025
**Registration Decision Date:**
September 23, 2025

## Title

    **Title of Work:** Cat Climber!

## Completion/Publication

    **Year of Completion:** 2017
    **Date of 1st Publication:** April 05, 2017
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Leeza Hernandez dba Leezaworks LLC
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United Kingdom

## Copyright Claimant

    **Copyright Claimant:** Leeza Hernandez dba Leezaworks LLC
    PO Box 561514, Rockledge, FL, 32956, United States

## Rights and Permissions

    **Organization Name:** Leezaworks LLC
    **Email:** leeza@leezaworks.com
    **Address:** PO Box 561514
    Rockledge, FL 32956 United States

## Certification

    **Name:** David Denholm
    **Date:** August 05, 2025

**Applicant's Tracking Number:** LZ2025080503

**Correspondence:** Yes

