**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LEEZA HERNANDEZ,

    Plaintiff,                                                         Case No.: 1:26-cv-00835

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | CRASPIRE US |
| 2 | ZhiChen E-Commerce Co. |
| 3 | Sun Start |
| 4 | Mopulo |
| 5 | lidongjinshop |
| 6 | artcici |
| 7 | Caiyan Arts |
| 8 | Mozzyyee |
| 9 | HTD Group |
| 10 | GUOZH |
| 11 | Lianmh US |
| 12 | Vivulla68 |
| 13 | TUẤN HUY KUNGFU BANDA TORO KIRISHY SHOP8885555 |
| 14 | Btmhstore |
| 15 | QinXuanYou |
| 16 | Laidaole |
| 17 | SFTD |
| 18 | DICOSMETIC |
| 19 | ORIGACH |
| 20 | AHANDMAKER |
| 21 | Weiyan KJ |
| 22 | Kanju Furniture Shop |
| 23 | hefeinoumishangmao |
| 24 | wuhai |
| 25 | LuopitalStore |

| 26 | renrending |
|----|------------|
| 27 | CHUCHU Embroidery Kit |
| 28 | FREEBLOSS |
| 29 | ChaoLin |
| 30 | Vivulla68 |
| 31 | coolin shop |
| 32 | HFFFF |
| 33 | XCYDYQY |
| 34 | Super decorative painting |
| 35 | SnipIt |
| 36 | Short sleeve family |
| 37 | LLuckymoreS |
| 38 | DIY GIFT HOME |
| 39 | tefei |
| 40 | DPDC WT |
| 41 | CCTOMO |
| 42 | Catch my card |
| 43 | Fashion Card |