**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LEEZA HERNANDEZ,

      Plaintiff,                             Case No.: 1:26-cv-00835

v.                                   Judge Thomas M. Durkin

THE PARTNERSHIPS AND             Magistrate Judge Keri L. Holleb Hotaling
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
| --- | --- |
| 2 | ZhiChen E-Commerce Co. |
| 5 | lidongjinshop |
| 6 | artcici |
| 17 | SFTD |
| 18 | DICOSMETIC |
| 19 | ORIGACH |
| 20 | AHANDMAKER |
| 21 | Weiyan KJ |
| 28 | FREEBLOSS |

DATED:  April 14, 2026       Respectfully submitted,

<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 14, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt