✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District Eastern Division |
|---|---|---|
| DOCKET NO.<br>26cv835 | DATE FILED<br>1/26/2026 | |
| PLAINTIFF<br><br>Leeza Hernandez | | DEFENDANT<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| [1] SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>T. BRUTON | (BY) DEPUTY CLERK<br>**V. DioGuardi** | DATE<br>**5/27/2026** |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy

Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-464-361

**Effective Date of Registration:**
August 05, 2025
**Registration Decision Date:**
September 23, 2025

## Title
___

| | |
|---|---|
| **Title of Work:** | Hidey Cat! |

## Completion/Publication
___

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | March 10, 2016 |
| **Nation of 1st Publication:** | United States |

## Author
___

| | |
|---|---|
| **Author:** | Leeza Hernandez dba Leezaworks LLC |
| **Author Created:** | 2D artwork |
| **Work made for hire:** | Yes |

## Copyright Claimant
___

| | |
|---|---|
| **Copyright Claimant:** | Leeza Hernandez dba Leezaworks LLC |
| | PO Box 561514, Rockledge, FL, 32956, United States |

## Rights and Permissions
___

| | |
|---|---|
| **Organization Name:** | Leezaworks LLC |
| **Email:** | leeza@leezaworks.com |
| **Address:** | PO Box 561514 |
| | Rockledge, FL 32956 United States |

## Certification
___

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 05, 2025 |
| **Applicant's Tracking Number:** | LZ2025080501 |

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-464-365

**Effective Date of Registration:**
August 05, 2025
**Registration Decision Date:**
September 23, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Wild Cat! |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | March 10, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Leeza Hernandez dba Leezaworks LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Leeza Hernandez dba Leezaworks LLC |
| | PO Box 561514, Rockledge, FL, 32956, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Leezaworks LLC |
| **Email:** | leeza@leezaworks.com |
| **Address:** | PO Box 561514 |
| | Rockledge, FL 32956 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 05, 2025 |

Page 1 of 2

**Applicant's Tracking Number:** LZ2025080502

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-464-363

**Effective Date of Registration:**
August 05, 2025
**Registration Decision Date:**
September 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Cat Climber! |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | April 05, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Leeza Hernandez dba Leezaworks LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Leeza Hernandez dba Leezaworks LLC |
| | PO Box 561514, Rockledge, FL, 32956, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Leezaworks LLC |
| **Email:** | leeza@leezaworks.com |
| **Address:** | PO Box 561514 |
| | Rockledge, FL 32956 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 05, 2025 |

Page 1 of 2

**Applicant's Tracking Number:**   LZ2025080503

---

**Correspondence:**   Yes



# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Leeza Hernandez

                                            Plaintiff,

v.                                                      Case No.:
                                                        1:26–cv–00835

                                                        Honorable Thomas M.
                                                        Durkin

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2026:

    MINUTE entry before the Honorable Thomas M. Durkin: A stipulation to dismiss has been filed. Defendant No. 16 Laidaole is dismissed without prejudice, with each party to bear its own attorneys' fees, costs and expenses. Defendant's Motion to Dismiss [32] is moot. Defendant No. 16 being the last remaining defendant, all pending dates before this court are stricken. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ V. DIOGUARDI
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
May 27, 2026